# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAKISHA HOGUE, ARTHUR JOHNSON and MICHELLE WILSON** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **RED LION CARE, INC.** | : | **NO. 21-485** |

## ORDER

**NOW**, this 2nd day of September, 2021, upon consideration of the Joint Motion for Approval of Settlement (Doc. No. 14) and finding that the proposed settlement is fair and reasonable, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** as follows:

1. The settlement agreement between plaintiffs Lakisha Hogue, Arthur Johnson and Michelle Wilson, and defendant Red Lion Home Care, Inc. is **APPROVED**.

2. This action is **DISMISSED WITH PREJUDICE**.

/s/ TIMOTHY J. SAVAGE J.